Earl J. MORGAN, III, Plaintiff–Appellant,

v.

R.K. LEWIS, HCC Captain; J.W. King, HCC Sergeant; Dobyns, Sergeant; Tuppons, HCC Corr. Officer; Bryant, HCC Corr. Officer; S.W. Allen, HCC Hearing Officer; D.R. Dugger, GRCC Hearing Officer; Joycetine Boone, GRCC Assist. Warden; A. David Robinson, Regional Director; Elliot, Corr. Officer, Defendants–Appellees,

and

Patrick J. Gurney, HCC Assist. Warden; Daniel T. Mahon, HCC Warden, Defendants.

No. 13–6023.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

Earl J. Morgan, III, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Kate Elizabeth Dwyre, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl J. Morgan, III appeals the district court's order denying relief on Morgan's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morgan v. R. Lewis,* No. 1:11–cv–01150–JCC–TCB (E.D.Va. Dec. 19, 2012). We also deny Morgan's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*